## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION
## 5:07cv119

| | | |
|---|---|---|
| CHRISTOPHER WALTER ICKERT, ET UX., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, TRAVIS BARRY ROLLINS, and DAVID WINSTON THOMPSON, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the United States Additional Motion for Stay. Review of the pleadings reveals that while there is now a suggestion of a settlement, the proper paperwork necessary for the court to approve the minor settlement has not yet been submitted, as discussed in a prior Order. Until such paperwork is filed, and the court can be satisfied that the settlement is in the best interests of the minors as it is obligated to do, the court can see no reason to stay these proceedings.

## ORDER

**IT IS, THEREFORE, ORDERED** that the United States Additional Motion for Stay (#39) is **DENIED** without prejudice.

Signed: October 27, 2008

Dennis L. Howell
United States Magistrate Judge