IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
5:07cv119

| | | |
|---|---|---|
| CHRISTOPHER WALTER ICKERT, ET UX., ET AL., | ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| UNITED STATES OF AMERICA, TRAVIS BARRY ROLLINS, and DAVID WINSTON THOMPSON, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| _____ | ) | |

**THIS MATTER** is before the court on the individual plaintiffs' Motion for Order Approving Minor Settlement (#43). It now appearing that such plaintiff have filed with the court the necessary evidentiary materials as well as a proposed Order that appears to fully comply with the practices prevalent in the North Carolina courts, the court will set this matter for hearing. While the court has attempted to accommodate the specific dates set by the parties, the court simply was not available on those dates. Instead, the court will be in Charlotte on December 8, 2008, for purposes of conducting a jury trial and will hear this matter before commencing that trial on that date. If that date is inconvenient, the parties are welcome to suggest other dates in Asheville; however, travel by the court and staff to Charlotte for what appears to be a very short proceeding will entail a day away from court business and the court would rather combine such matter with other proceedings either in Charlotte or in

Asheville for the sake of judicial efficiency.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the individual plaintiffs' Motion for Order Approving Minor Settlement (#43) is calendared for hearing on Monday, December 8, 2008, at 9 a.m. in Charlotte. The minor plaintiffs, due to their age, are excused from such hearing and shall be represented by their guardian *ad litem*.

Signed: November 10, 2008

Dennis L. Howell
United States Magistrate Judge